ORIGINAL

FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0651

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0651

PETER GRIGG,

    Plaintiff and Appellant,

v.

ANDY COIL,

    Defendant and Appellee.

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On August 3, 2022, Appellant Peter Grigg filed a Petition for Rehearing with this Court. On August 18, 2022, Appellee Andy Coil filed a Response Brief in Opposition to Grigg's Petition for Rehearing. After due consideration,

IT IS HEREBY ORDERED that the Petition for Rehearing is DENIED.

The Clerk is directed to provide a copy of this Order to all counsel of record.

DATED this 23rd day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices